Dismissed and Opinion filed April 3, 2003









Dismissed and Opinion filed April 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS.
14-03-00096-CR,

              14-03-00097-CR, &

        
14-03-00098-CR

____________

 

PAREE
TIGAR LATIEJIRA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 182nd District Court

Harris
County, Texas

Trial
Court Cause Nos. 908,536; 920,470; & 928,224

 



 

M
E M O R A N D U M   O P I N I O N








Appellant entered guilty pleas to the offenses of theft,
tampering with government records, and engaging in organized criminal
activity.  In accordance with the terms
of a plea agreement with the State, the trial court sentenced appellant
to:  (1) two years= confinement in State Jail Facility
on the theft charge; (2) two years= confinement in a State Jail Facility
on the tampering charge; and (3) eight years= confinement in the Texas Department
of Criminal Justice--Institutional Division on the organized criminal activity
charge.  All sentences were ordered to
run concurrently.  Appellant filed pro se
notices of appeal.  Because appellant has
no right to appeal, we dismiss.  

The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Opinion
filed April 3, 2003.

Panel consists of Justices Yates,
Hudson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).